Case 2:11-cv-03067-LRS    Document 16    Filed 07/20/11

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION,<br><br>Plaintiff,<br><br>v.<br><br>JS & SW, INC., a Washington corporation,<br><br>Defendant. | No. CV-11-3067-LRS<br><br>**ORDER OF DISMISSAL** |

An in-court hearing was conducted on July 20, 2011. Thomas A. Zeilman, Esq., appeared for Plaintiff. There was no appearance for the Defendant.

Plaintiff orally moved the court to dismiss the action as moot and the court granted the same. Pursuant to Fed. R. Civ. P. 41(a)(2), the captioned matter is **DISMISSED without prejudice** and without an award of fees and costs. The file shall be closed.

//
//
//
//
//
//

**ORDER OF DISMISSAL-**      **1**

1  **IT IS SO ORDERED.**  The District Court Executive is directed to enter this
2  order and provide a copy of it to counsel for Plaintiff.  **Plaintiff's counsel shall**
3  **serve a copy of this Order on the Defendant via the same means it served the**
4  **Complaint and the motion papers upon Defendant.  Plaintiff's counsel shall**
5  **also mail a copy of this order to counsel for the U.S. Army Corps of Engineers**.
6  **DATED** this ___20th___ day of July, 2011.

8            s/Lonny R. Suko
          LONNY R. SUKO
9            United States District Judge

**ORDER OF DISMISSAL-**           2